

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *
                              *
v.                            *
                              *   CRIMINAL NO. PJM 08-0550
WALTER LLOYD BLAIR,           *
                              *
         Defendant            *
                         *******

## VERDICT FORM

### COUNT ONE

1. As to **COUNT ONE** of the Indictment (money laundering -- November 6, 2003 transfer of more than $70,000 in currency from Nicely to defendant **BLAIR**), how do you find the defendant **WALTER LLOYD BLAIR**?

   Guilty  ✓          Not Guilty _____

### COUNT TWO

2. As to **COUNT TWO** of the Indictment (money laundering -- November 6, 2003 transfer of $9,000 in currency from defendant **BLAIR** to Vassel Clarke), how do you find the defendant **WALTER LLOYD BLAIR**?

   Guilty  ✓          Not Guilty _____

### COUNT THREE

3. As to **COUNT THREE** of the Indictment (money laundering -- November 7, 2003 deposit of $6,000 in currency into SunTrust Bank account by defendant **BLAIR**), how do you find the defendant **WALTER LLOYD BLAIR**?

   Guilty  ✓          Not Guilty _____

## COUNT FOUR

4. As to **COUNT FOUR** of the Indictment (money laundering -- November 11, 2003 transfer of $31,000 in currency from defendant **BLAIR** to Vassel Clarke), how do you find the defendant **WALTER LLOYD BLAIR**?

    Guilty ✓                Not Guilty _____

## COUNT FIVE

5. As to **COUNT FIVE** of the Indictment (money laundering -- November 22, 2003 transfer of BB&T check for $2,000 from Nicely to Washington property seller), how do you find the defendant **WALTER LLOYD BLAIR**?

    Guilty ✓                Not Guilty _____

## COUNT SIX

6. As to **COUNT SIX** of the Indictment (money laundering -- November 28, 2003 transfer of BB&T check for $5,000 from Nicely to the Maryland property seller), how do you find the defendant **WALTER LLOYD BLAIR**?

    Guilty ✓                Not Guilty _____

## COUNT SEVEN

7. As to **COUNT SEVEN** of the Indictment (money laundering -- December 17, 2003 purchase of official check for $6,000 from SunTrust Bank by defendant **BLAIR**), how do you find the defendant **WALTER LLOYD BLAIR**?

    Guilty ✓                Not Guilty _____

### COUNT EIGHT

8. As to **COUNT EIGHT** of the Indictment (money laundering – January 8, 2004 purchase of official check for $12,432.31 from BB&T Bank by Nicely), how do you find the defendant **WALTER LLOYD BLAIR?**

   Guilty ✓            Not Guilty _____

### COUNT NINE

9. As to **COUNT NINE** of the Indictment (money laundering – November 12, 2008 purchase of bank checks at SunTrust Bank totaling $20,000), how do you find the defendant **WALTER LLOYD BLAIR?**

   Guilty ✓            Not Guilty _____

### COUNT TEN

10. As to **COUNT TEN** of the Indictment (witness tampering – November, 2003), how do you find the defendant **WALTER LLOYD BLAIR?**

    Guilty ✓            Not Guilty _____

### COUNT ELEVEN

11. As to **COUNT ELEVEN** of the Indictment (obstruction of due administration of justice – November, 2003 through July, 2004), how do you find the defendant **WALTER LLOYD BLAIR?**

    Guilty ✓            Not Guilty _____

### COUNT TWELVE

12. As to **COUNT TWELVE** of the Indictment (false statements – July 6, 2005), how do you find the defendant **WALTER LLOYD BLAIR?**

    Guilty ✓            Not Guilty _____

## COUNT THIRTEEN

13. As to **COUNT THIRTEEN** of the Indictment (failure to file 2002 individual income tax return – August 15, 2003 ), how do you find the defendant **WALTER LLOYD BLAIR?**

    Guilty ✓          Not Guilty ____

## COUNT FOURTEEN

14. As to **COUNT FOURTEEN** of the Indictment (failure to file 2003 individual income tax return – August 16, 2004 ), how do you find the defendant **WALTER LLOYD BLAIR?**

    Guilty ✓          Not Guilty ____

The foregoing constitutes the unanimous verdict of the jury.

12/15/09
DATE

REDACTED SIGNATURE

-4-