# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| Plaintiff | : | |
| vs. | : | Criminal No. PJM 08-0505 |
| WALTER LLOYD BLAIR | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that Walter Lloyd Blair, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the judgment entered in this case on April 23, 2010.

                __/s/Eric H. Kirchman__
                Eric H. Kirchman (Bar No. 09002)
                Attorney for Defendant
                717 D Street, N.W., 4th Floor
                Washington, D.C. 20004
                (202) 347-4052
                Fax (202) 204-6269

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served by the Courts e-filing system on this the 29th day of April 2010, to:

Michael Pauze, Esquire
Jonathan Su, Esquire
Office of the United States Attorney
6500 Cherrywood Lane
Greenbelt, Maryland 20770

                __/s/Eric H. Kirchman__
                Eric H. Kirchman